**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-21544-CMB |
| | ) | |
| DAVID WARD BUCKLEY and | ) | Chapter 7 |
| PATRICIA TABORSKI BUCKLEY, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

PNC Bank, National Association, a creditor, hereby enters its appearance in this case, and Justin M. Tuskan and Metz Lewis Brodman Must O'Keefe LLC, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), enter their appearance as Attorneys for PNC Bank, National Association. PNC Bank, National Association hereby requests that copies of all notices and pleadings filed in the above-captioned case required by Federal Rules of Bankruptcy Procedure 2002 and 9007, and Section 342 of the Bankruptcy Code, be given to it by service upon its Attorneys at the address shown below.

Justin M. Tuskan, Esquire
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield Street, Suite 800
Pittsburgh, PA  15222
Phone: (412) 918-1100
Facsimile: (412) 918-1199
E-Mail: jtuskan@metzlewis.com

The foregoing request includes not only notices, papers and pleadings referred to in the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code specified above but includes, without limitation, all orders, plans, and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise which seek to affect in any way creditors' rights or interests or the debtor or any property of the debtor.

| | |
|---|---|
| Executed on <u>August 8, 2016</u>. | /s/ Justin M. Tuskan<br>Justin M. Tuskan, Esquire<br>Pa. I.D. No. 311235<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street, Suite 800<br>Pittsburgh, Pennsylvania  15222<br>Phone No.: (412) 918-1100<br>Fax No. (412) 918-1199<br>jtuskan@metzlewis.com |