FILED
8/22/16 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| **DAVID WARD BUCKLEY and** | ) | Case No. 16-21544- CMB |
| **PATRICIA TABORSKI BUCKLEY,** | ) | |
| | ) | |
| **Debtors** | ) | **Chapter 7** |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE** | ) | Doc. #____ |
| | ) | |
| **Movant** | ) | Related To Docket No. 27 |
| | ) | |
| v. | ) | |
| | ) | |
| **NO RESPONDENT** | ) | |

## ORDER OF COURT

**AND NOW**, this 22nd day of __August__, 2016, upon consideration of the foregoing **Application to Employ Counsel for the Trustee** filed at Doc# ____ (the "Application"), it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The Application is approved as of the date the Application was filed.

2. Jeffrey J. Sikirica, Esquire and Blumling & Gusky, LLP, 436 Seventh Avenue, Suite 1200, Pittsburgh, Pennsylvania 15219 are hereby appointed as Attorney(s) for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4.  Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to 11 U.S.C. § 328(a). Final compensation awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

5.  **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

BY THE COURT:

_____
Honorable Carlota M. Bőhm,    jah
United States Bankruptcy Judge

Case Administrator to Mail to:

Jeffrey J. Sikirica, Esquire

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-21544-CMB
David Ward Buckley                                                     Chapter 7
Patricia Taborski Buckley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 2             Date Rcvd: Aug 22, 2016
                               Form ID: pdf900         Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db/jdb          David Ward Buckley,    Patricia Taborski Buckley,    3971 Catherine Drive,
                 Allison Park, PA 15101-3104
aty            +Jeffrey J. Sikirica,   Blumling & Gusky, LLP,    1200 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1848
aty            +Joshua I. Goldman,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14219657       +AB Specialties,    534 Braddock Avenue,   Turtle Creek, PA 15145-2070
14219658        Alpha Data Communications,    451 Melwood Avenue,   Pittsburgh, PA 15213
14267940        American Express Bank FSB,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14219659       +American Express Bank FSB,    4315 South 2700 West,   Salt Lake City, UT 84148-0001
14219660       +American Express Blue and Gold,    c/o Jaffe & Asher LLP,    600 Third Avenue,
                 New York, NY 10016-1901
14219661       +Amy F. Doyle, Esquire,    11 East Market Street,   Suite 102,   York, PA 17401-1263
14219662       +Atlas Wholesale Supply,    PO Box 16188,   Pittsburgh, PA 15242-0188
14219663      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
14219665       +BP,   PO Box 15821,    Wilmington, DE 19850-5821
14219664       +Boulevard Glass and Metal Co, Inc.,    2111 Penn Avenue,    Pittsburgh, PA 15222-4419
14219666       +Bridgeville Appliance,    532 Washington Avenue,   Bridgeville, PA 15017-2016
14219668       +Catherine A. Saunders, Esquire,    Metz Lewis Brodman Must O'Keefe LLC,    535 Smithfield Street,
                 8th Floor,    Pittsburgh, PA 15222-2305
14219669       #+Citibank - Home Depot,    PO Box 183175,   Columbus, OH 43218-3175
14219670       +Citizen's Bank,    PO Box 42004,   Providence, RI 02940-2004
14219671       +Citizens Bank of Pennsylvania,    1735 Market Street,   Philadelphia, PA 19103-7514
14219672       +Davis Contracting,    363 Mill Hill Road,   Ford City, PA 16226-5431
14219673        E Z Welding & Fabricating LLC,    40 Atlas Road,   Uniontown, PA 15401
14219674       +Easley and Rivers,    207 Townsend Drive,   Monroeville, PA 15146-1065
14219675       +FIA Card Services,    FMA Alliance,   12339 Cutten Road,    Houston, TX 77066-1807
14219677        FMS Network, Inc.,    c/o David W. Buckely,   3917 Catherine Drive,    Allison Park, PA 15101
14219676       +Fierst Distributing Company,    746 Trumbull Drive,   Pittsburgh, PA 15205-4393
14219678       +Forbo Flooring Inc.,    8 Maplewood Drive,   Humboldt Industrial Park,    Hazleton, PA 18202-9790
14219679       +Hampton Mechanical,    4720 High Point Drive,   Gibsonia, PA 15044-7400
14219682       +Iron City Express,    1306 Main Street,   Crescent, PA 15046-5407
14219683       +Justin M. Tuskan, Esquire,    Metz Lewis Brodman Must O'Keefe LLC,
                 535 Smithfield Street, Suite 800,    Pittsburgh, PA 15222-2305
14219684       +L.S. Renovations LLC,    PO Box 24,   Houston, PA 15342-0024
14219685       +Michael R. Lessa, Esquire,    107 North Commerce Way,   Bethlehem, PA 18017-8913
14219686       +Nissan Motors Acceptance Corp,    PO Box 923748,   Norcross, GA 30010-3748
14219687       +Ohio Valley Flooring,    3079 Solutions Center,   Chicago, IL 60677-3000
14219688       +PNC Bank - Credit Card,    PO Box 856177,   Louisville, KY 40285-6177
14219689       +PNC Bank National Association,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
14219690       +PNC Bank, National Association,    One PNC Plaza,   249 Fifth Avenue,
                 Pittsburgh, PA 15222-2707
14219691        PNCBank,    PO Box 856177,   Louisville, KY 40285-6177
14219693       +Sherwin Williams,    1136 Thorn Run Road #F,   Coraopolis, PA 15108-4301
14219694       +Smith Electric Service Inc.,    1464 Old Steubenville Pike,   Pittsburgh, PA 15205-4918
14219695        Sprint Commercial,    RPM PO Box 1548,   Lynnwood, WA 98046
14219696       +Steinmiller Woodworking,    342 East Jefferson Street,   Butler, PA 16001-6094
14219697       +Straits Door Company,    5629 Harrison Street,   Pittsburgh, PA 15201-2334
14219698       +Sukhdev S. Grover, MD Associates,    9102 Babcock Boulevard,   Pittsburgh, PA 15237-5819
14219699       +Synchrony Bank - Lowes,    Monarch Recovery,   10965 Decatur Road,   Philadelphia, PA 19154-3210
14219700        Vital Recovery Services, Inc.,    PO Box 923748,   Norcross, GA 30010-3748
14219701       +Wilmington Trust Company,    3232 Newmark Drive,   Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2016 01:22:57
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14219667       +E-mail/Text: ar@bulldogop.com Aug 23 2016 01:20:46      Bulldog Office Products,
                 500 Glass Road,    Pittsburgh, PA 15205-9407
14219680        E-mail/Text: bankruptcy@huntington.com Aug 23 2016 01:20:33      Huntington National Bank,
                 PO Box 182519,    Columbus, OH 43218-2519
14219681        E-mail/Text: cio.bncmail@irs.gov Aug 23 2016 01:20:16      Internal Revenue Service,
                 Department of the Treasury,    Cincinnati, OH 45999-0300
14226673        E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2016 01:22:47
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 5

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Aug 22, 2016
                              Form ID: pdf900         Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            PNC Bank, National Association
14219692      Raymond P. Wendolowoski, Esquire,    707 Grant Street, Suite 2200,    Bernstein Burkley,
               PA 16219
cr*           American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica  jsikirica@bglaw-llp.com,
               SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
               com
              Justin M. Tuskan    on behalf of Creditor    PNC Bank, National Association jtuskan@metzlewis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert W. Koehler    on behalf of Debtor David Ward Buckley rkoehler@pghlaw.com,
               hobkin.koehler@aim.com
              Robert W. Koehler    on behalf of Joint Debtor Patricia Taborski Buckley rkoehler@pghlaw.com,
               hobkin.koehler@aim.com
                                                                                             TOTAL: 8
```