IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: DAVID WARD BUCKLEY and PATRICIA TABORSKI BUCKELY,<br>　　　　Debtors | Bankruptcy No. 16-21544-CMB |
| | Chapter 7 |
| DAVID WARD BUCKLEY and PATRICIA TABORSKI BUCKLEY,<br>　　　　Movants | |
| | Related to Document No. |
| v. | |
| UNIVERSITY OF PITTSBURGH and JEFFREY SIKIRICA, TRUSTEE<br>　　　　Respondents. | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Robert W. Koehler, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

University of Pittsburgh – c/o Oxford Development Co. – Suite 4500- One Oxford Centre, Pittsburgh, PA 15219

By: S/ Robert W. Koehler
Robert W. Koehler
Manor Complex, Penthouse, 564 Forbes Avenue
Pittsburgh, PA 15219
(412) 281-5336
PA ID #32780

PAWB Local Form 30 (07/13)