1:30 P.M.

# PROCEEDING MEMO

**Date:** SEPTEMBER 14, 2016

**In re:** PATRICIA TABORSKI BUCKLEY and
DAVID WARD BUCKLEY

**Bankruptcy No.** 16-21544 CMB
Chapter 7
Doc. #23

**Appearances:**

**Movant(s):** ~~Joshua I. Goldman~~ Matthew McClellan ✓

**Respondent(s):** Jeffrey J. Sikirica ✓
Justin Tushin ✓

**Creditor(s):**

**Nature of Proceeding:** Motion for Relief from the Automatic Stay filed by PNC Bank, N.A.

**Additional Pleadings:** Certificate of Service; Response by Trustee (30)

**Judge's Notes:**   Order to be Submitted within 7 days by Atty. McClellan

— Relief to be granted but to become effective in 6 mo.

**Outcome:**

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
9/15/16 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge