# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | | |
| **DAVID WARD BUCKLEY and** | ) | Case No. 16-21544- CMB |
| **PATRICIA TABORSKI BUCKLEY,** | ) | |
| | ) | |
| **Debtors** | ) | Chapter 7 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE** | ) | Doc. #____ |
| | ) | |
| **Movant** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NO RESPONDENT** | ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON APPLICATION TO APPROVE RETENTION OF REALTOR/BROKER

**TO THE RESPONDENT(S):**

You are hereby notified that the Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Application no later than **October 6, 2016**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

A hearing will be held on **October 11, 2016, at 1:30 p.m.** before Judge Carlota M. Böhm, Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: September 19, 2016

*/s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Esquire
PA I.D. No. 36745
BLUMLING & GUSKY, LLP
436 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219
P: 412-227-2500
F: 412-227-2050
jsikirica@bglaw-llp.com

{80000.66A/870524:}