# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 16-21544-CMB |
| | ) |
| DAVID WARD BUCKLEY and | ) Chapter 7 |
| PATRICIA TABORSKI BUCKLEY, | ) |
| | ) Document No. _____ |
| Debtors. | ) |
| | ) Related to Doc. Nos. 23, 30 |
| | ) |
| PNC BANK, NATIONAL ASSOCIATION, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAVID WARD BUCKLEY, PATRICIA | ) |
| TABORSKI BUCKLEY, and JEFFREY J. | ) |
| SIKIRICA, Chapter 7 Trustee | ) |
| | ) |
| Respondents. | ) |

## ORDER OF COURT

AND NOW this _____ day of September, 2016, upon consideration of PNC Bank, National Association's Motion for Relief from the Automatic Stay (the "Motion"), and the opposition thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED ON A CONDITIONAL BASIS. Specifically, relief from stay is granted, but stayed, for a period of 180 days commencing from the date of this Order.

Subsequent to the expiration of the stay period as set forth herein, PNC Bank, National Association shall be permitted to exercise its contractual and state law rights and remedies with respect to the premises commonly known as 3971 Catherine Drive, Allison Park, PA 15101. Notwithstanding the foregoing, nothing in this order shall serve to prejudice any party's right to seek to reinstate the automatic stay at any time subsequent to the expiration of the stay.

BY THE COURT:

_____J.