IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-21544-CMB |
| DAVID WARD BUCKLEY and PATRICIA TABORSKI BUCKLEY, | Chapter 7 |
| Debtors. | Document No. 46 |
| | Related to Doc. Nos. 23, 30 |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Movant, | |
| vs. | |
| DAVID WARD BUCKLEY, PATRICIA TABORSKI BUCKLEY, and JEFFREY J. SIKIRICA, Chapter 7 Trustee | |
| Respondents. | |

## ORDER OF COURT

AND NOW this 26th day of September, 2016, upon consideration of PNC Bank, National Association's Motion for Relief from the Automatic Stay (the "Motion"), and the opposition thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED ON A CONDITIONAL BASIS. Specifically, relief from stay is granted, but stayed, for a period of 180 days commencing from the date of this Order.

Subsequent to the expiration of the stay period as set forth herein, PNC Bank, National Association shall be permitted to exercise its contractual and state law rights and remedies with respect to the premises commonly known as 3971 Catherine Drive, Allison Park, PA 15101. Notwithstanding the foregoing, nothing in this order shall serve to prejudice any party's right to seek to reinstate the automatic stay at any time subsequent to the expiration of the stay.

BY THE COURT:

_[signature]_

FILED
9/26/16 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Ward Buckley
Patricia Taborski Buckley
     Debtors

Case No. 16-21544-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Sep 26, 2016
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.
db/jdb         David Ward Buckley,   Patricia Taborski Buckley,   3971 Catherine Drive,
           Allison Park, PA 15101-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
          PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
         Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica jsikirica@bglaw-llp.com,
          SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
          com
         Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
         Justin M. Tuskan    on behalf of Creditor    PNC Bank, National Association jtuskan@metzlewis.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
         Robert W. Koehler    on behalf of Debtor David Ward Buckley rkoehler@pghlaw.com,
          hobkin.koehler@aim.com
         Robert W. Koehler    on behalf of Joint Debtor Patricia Taborski Buckley rkoehler@pghlaw.com,
          hobkin.koehler@aim.com
                                                                                                                TOTAL: 9