IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy Case No.: 16-21544-CMB |
| DAVID WARD BUCKLEY, and, | ) | |
| PATRICIA TABORSKI BUCKLEY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Docket No.: _____ |
| | ) | |
| JEFFREY J. SIKIRICA, TRUSTEE | ) | |
| | ) | |
| Movant, | ) | Hearing Date: November 17, 2016 |
| vs. | ) | Hearing Time: 2:30 p.m. |
| | ) | |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns, aka, PNC BANK, NATIONAL ASSOCIATION, successor by merger to NATIONAL CITY BANK OF PENNSYLVANIA, PNC BANK, NATIONAL ASSOCIATION, successor by merger to NATIONAL CITY BANK OF PENNSYLVANIA, CITIZENS BANK OF PENSYLVANIA, and, AMERICAN EXPRESS BANK FSB | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF SALE FREE AND DIVESTED
## OF LIENS, CLAIMS AND ENCUMBRANCES

To: Respondents and all Creditors and Parties in Interest of the above named Debtors:

NOTICE IS HEREBY GIVEN THAT Jeffrey J. Sikirica, Chapter 7 Trustee for David Ward Buckley and Patricia Taborski Buckley, has filed a "Motion For Order Approving Sale of Real Property Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and F.R.B.P. Nos. 2002 and 6004 and W.PA.LBR 6004-1 and 9013-3" (the "Motion for Sale"). The real property to be sold is 3971 Catherine Drive, Allison Park, Pennsylvania 15101, identified as tax parcel 0720-J-00103-0000-00.

The Trustee has received an offer from Shanna Franceschelli for the real property described above in the *net* amount of $200,100.00.

**A hearing on the "Motion for Sale" is scheduled for November 17, 2016 at 2:30 pm before Judge Carlota M. Bőhm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219,** *at which time higher/better offers will be considered and objections to the sale will be heard (the "Sale Hearing").* **The deadline for objections to the "Motion to Sale" is on or before October 17, 2016.**

{80000.66A/876893:}

**Any objections shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties.**

Anyone who desires to inspect the real property to be sold prior to the Sale Hearing must contact the Trustee, Jeffrey J. Sikirica at the below address, phone number or email address before the date of the Sale Hearing.

Subject to approval of this Court, the real property shall be sold: (i) **AS IS/WHERE IS** with no representations and/or warranties whatsoever, either express or implied, other than title and authority to sell/transfer; and (ii) free and clear of all liens, claims, interests, and encumbrances existing as of the date of the closing of the transaction.

BLUMLING & GUSKY, LLP

Dated: September 30, 2016

By: */s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Esquire
 (Pa I.D. No. 36745)
436 7th Avenue, Suite 1200
Pittsburgh, PA  15219
(412) 227-2581 (Phone)
(412) 227-2050 (Fax)
jsikirica@bglaw-llp.com