**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DAVID WARD BUCKLEY, and, PATRICIA TABORSKI BUCKLEY | Bankruptcy Case No.: 16-21544-CMB |
| | Chapter 7 |
| Debtor. | Docket No.: _____ |
| JEFFREY J. SIKIRICA, TRUSTEE | Related to Doc. Nos. _____ |
| Movant, | Hearing Date: November 17, 2016 |
| vs. | Hearing Time: 2:30 p.m. |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns, aka, PNC BANK, NATIONAL ASSOCIATION, successor by merger To NATIONAL CITY BANK OF PENNSYLVANIA, PNC BANK, NATIONAL ASSOCIATION, successor by merger to NATIONAL CITY BANK OF PENNSYLVANIA, CITIZENS BANK OF PENSYLVANIA, and, AMERICAN EXPRESS BANK FSB | Response Deadline: October 17, 2016 |
| Respondents. | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND F.R.B.P. NOS. 2002 AND 6004 AND W.PA.LBR 6004-1 AND 9013-3**

**TO THE RESPONDENT**(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned a response to the Motion no later than **October 17, 2016**, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A sale hearing at which time the Court will consider higher and better offers will be held on **November 17, 2016 at 2:30 p.m. before Judge Bőhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| | */s/ Jeffrey J. Sikirica* |
| Date of Service: September 30, 2016 | Jeffrey J. Sikirica, Esquire |
| | (Pa I.D. No. 36745)\ |
| | 436 7th Avenue, Suite 1200 |
| | Pittsburgh, PA 15219 |
| | (412) 227-2581 (Phone) |
| | (412) 227-2050 (Fax) |
| | jsikirica@bglaw-llp.com |

{80000.66A/876884:}