## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No.: 16-21544-CMB |
| DAVID WARD BUCKLEY, and, ) | |
| PATRICIA TABORSKI BUCKLEY ) | Chapter 7 |
| ) | |
| Debtor. ) | Docket No.: _____ |
| ) | |
| JEFFREY J. SIKIRICA, TRUSTEE ) | |
| ) | |
| Movant, ) | Hearing Date: November 17, 2016 |
| vs. ) | Hearing Time: 2:30 p.m. |
| ) | |
| PNC BANK, NATIONAL ) | |
| ASSOCIATION, its successors and/or ) | |
| assigns, aka, PNC BANK, NATIONAL ) | |
| ASSOCIATION, successor by merger to ) | |
| NATIONAL CITY BANK OF ) | |
| PENNSYLVANIA, PNC BANK, ) | |
| NATIONAL ASSOCIATION, successor ) | |
| by merger to NATIONAL CITY BANK ) | |
| OF PENNSYLVANIA, CITIZENS ) | |
| BANK OF PENSYLVANIA,   and, ) | |
| AMERICAN EXPRESS BANK FSB ) | |
| ) | |
| Respondents. ) | |

### CERTIFICATE OF SERVICE OF MOTION FOR ORDER APPROVING SALE, NOTICE OF HEARING WITH RESPONSE DEADLINE AND NOTICE OF SALE

I, Jeffrey J. Sikirica, Esquire, do hereby certify under penalty of perjury that a true and correct copy of the Motion for Order Approving Sale Free and Clear of Liens, Claims and Encumbrances, Notice of Hearing with Response Deadline and Notice of Sale were served on September 30, 2016 via U. S. Postal Service, First Class Mail, postage prepaid upon:

| | |
|---|---|
| Justin M. Tuskan, Esq.<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Stret<br>Suite 800<br>Pittsburgh, PA  15222 | Joshua I. Goldman, Esq.<br>Andrew F. Gornall, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA  19106 |
| Robert W. Koehler, Esq.<br>564 Forbes Avenue<br>Manor Complex, Penthouse<br>Pittsburgh, PA  15219 | Amy F. Doyle, Esq.<br>11 East Market Street<br>Suite 102<br>York, PA  17401 |

{80000.66A/877226:}

| | |
|---|---|
| American Express Bank FSB<br>Attn: Scott Godderidge, CEO<br>4315 South 2700<br>West Salt Lake City, UT  84148 | Citizens Bank of Pennsylvania<br>Attn: Daniel K. Fitzpatrick, CFA<br>130 North 18th Street<br>One Logan Square<br>Philadelphia, PA  19103 |
| Patricia Taborski Buckley<br>3971 Catherine Drive<br>Allison Park, PA  15101-3104 | Christine Saunders, Esq.<br>Metz Lewis, LLC<br>535 Smithfield Street<br>Suite 800<br>Pittsburgh, PA  15222 |
| David Ward Buckley<br>3971 Catherine Drive<br>Allison Park, PA  15101-3104 | Office of the US Trustee<br>Liberty Center<br>1000 Liberty Avenue, Suite 970<br>Pittsburgh, PA  15222 |
| PNC Bank, National Association et al.<br>Attn:  Robert Q. Reilly, CFO<br>300 Fifth Avenue<br>The Tower at PNC Plaza<br>Pittsburgh, PA  15222 | |

Dated:  October 4, 2016                     */s/ Jeffrey J. Sikirica*___
                                                            Jeffrey J. Sikirica, Esquire
                                                            (Pa I.D. No. 36745)
                                                            Blumling & Gusky, LLP
                                                            436 Seventh Avenue, Suite 1200
                                                            Pittsburgh, PA  15219
                                                            (412) 227-2581 (Phone)
                                                            (412) 227-2050 (Fax)
                                                            jsikirica@bglaw-llp.com

{80000.66A/877226:}