# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| DAVID WARD BUCKLEY and | ) | Case No.  16-21544- CMB |
| PATRICIA TABORSKI BUCKLEY, | ) | |
| | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| JEFFREY J. SIKIRICA, | ) | |
| CHAPTER 7 TRUSTEE | ) | Doc. #____ |
| | ) | |
| Movant | ) | Hearing Date/Time: |
| | ) | October 11, 2016 @ 1:30 pm |
| v. | ) | |
| | ) | Response Deadline: October 6, 2016 |
| NO RESPONDENT | ) | |

## CERTIFICATE OF NO OBJECTION
## TO APPLICATION TO APPROVE RETENTION OF REALTOR/BROKER

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Approve Retention of Realtor/Broker has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Approve Retention of Realtor/Broker appears thereon.  Answers to the Application to Approve Retention of Realtor/Broker were to be filed and served no later than October 6, 2016.

    It is hereby respectfully requested that the Order attached to the Application To Approve Retention Of Realtor/Broker be entered by the Court.

Date: <u>October 10, 2016</u>

Respectfully submitted,

*/s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Esquire
BLUMLING & GUSKY, LLP
PA. I.D. No.  36745
436 Seventh Avenue
1200 Koppers Building
Pittsburgh, PA  15219
T:  (412) 227-2500
F:  (412)227-2050
jsikirica@bglaw-llp.com
*COUNSEL FOR TRUSTEE*

{80000.66A/877623:}