**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| **DAVID WARD BUCKLEY and** | ) | Case No. 16-21544- CMB |
| **PATRICIA TABORSKI BUCKLEY,** | ) | |
| | ) | |
| **Debtors** | ) | Chapter 7 |
| | ) | |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE** | ) | Doc. #  43 |
| | ) | |
| **Movant** | ) | |
| | ) | |
| v. | ) | **ENTERED BY DEFAULT** |
| | ) | |
| **NO RESPONDENT** | ) | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW**, this   11th   day of     October    , 2016, upon consideration of the foregoing **APPLICATION TO APPROVE RETENTION OF REALTOR/BROKER, it is hereby ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Donna Fischer and Coldwell Banker is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's Agent in connection with the sale of real estate located at 156 Stanford Road, Portersville, PA 16051. A realtor commission in the amount of six (6%) percent on the sale price, plus Three Hundred Ninety-Five ($395.00) Dollars is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the

{80000.66A/869084:}

applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

      4.    Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

      5.    **Applicant shall serve the within Order on all interested parties and file a Certificate of Service.**

                     BY THE COURT:

                     _____  **dmr**
                     **JEFFERY A. DELLER**
                     **United States Bankruptcy Judge**

FILED
10/11/16 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{80000.66A/869084:}                 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Ward Buckley  
Patricia Taborski Buckley  
      Debtors

Case No. 16-21544-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Oct 11, 2016  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2016.  
db/jdb       David Ward Buckley,   Patricia Taborski Buckley,   3971 Catherine Drive,   Allison Park, PA 15101-3104  
r        +Coldwell Banker Real Estate,   Donna Fischer,   9600 Perry Highway,   Ste 200,   Pittsburgh, PA 15237-5552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2016 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association    agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com  
         Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica jsikirica@bglaw-llp.com, SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com  
         Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
         Justin M. Tuskan    on behalf of Creditor    PNC Bank, National Association jtuskan@metzlewis.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Robert W. Koehler    on behalf of Joint Debtor Patricia Taborski Buckley rkoehler@pghlaw.com, hobkin.koehler@aim.com  
         Robert W. Koehler    on behalf of Debtor David Ward Buckley rkoehler@pghlaw.com, hobkin.koehler@aim.com  
                                                                                      TOTAL: 9