Bankruptcy Notice, Case Number: 16-21544-CMB, Debtor: David Ward Buckley and Patricia Taborski Buckley                                    PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

**Bankruptcy Notice**

Commonwealth of Pennsylvania   } SS:
County of Allegheny,           }

Before me, the undersigned notary public, this day, personally appeared Amy Pennell to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Oct 21, 2016**

That affiant further states that she is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 21st day of October, 2016

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Margaret Ann Lewis, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Nov. 16, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Jeffrey J. Sikirica
Blumling & Gusky, LLP
436 7th Avenue
1200 Koppers Building
Pittsburgh, PA 15219

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates... | $485.85 |
| Proof Fees ................................................................ | $1.00 |
| Total ..................................................................... | $486.85 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 16-06435

---

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: David Ward Buckley and Patricia Taborski Buckley, Debtor.
Jeffrey J. Sikirica, Trustee, Movant,
vs.
PNC Bank, National Association, its successors and/or assigns, a/k/a, PNC Bank, National Association, successor by merger to National City Bank of Pennsylvania, PNC Bank, National Association, successor by merger to National City Bank of Pennsylvania, Citizens Bank of Pennsylvania, and American Express Bank FSB, Respondents.
Bankruptcy Case No.: 16-21544-CMB
Chapter 7
Docket No.: 51
Hearing Date: Thursday, November 17, 2016
Hearing Time: 2:30 p.m.
Notice Of Sale Free And Divested Of Liens, Claims And Encumbrances

To: Respondents and all Creditors and Parties in Interest of the above named Debtors:

Notice Is Hereby Given That Jeffrey J. Sikirica, Chapter 7 Trustee for David Ward Buckley and Patricia Taborski Buckley, has filed a "Motion For Order Approving Sale of Real Property Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and F.R.B.P. Nos. 2002 and 6004 and W.PA.LBR 6004-1 and 9013-3" (the "Motion for Sale"). The real property to be sold is 3971 Catherine Drive, Allison Park, Pennsylvania 15101, identified as tax parcel 0720-J-00103-0000-00.

The Trustee has received an offer from Shanna Franceschelli for the real property described above in the net amount of $200,100.00.

A hearing on the "Motion for Sale" is scheduled for November 17, 2016 at 2:30 p.m. before Judge Carlota M. Böhm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time higher/better offers will be considered and objections to the sale will be heard (the "Sale Hearing"). The deadline for objections to the "Motion to Sale" is on or before October 17, 2016. Any objections shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties.

Anyone who desires to inspect the real property to be sold prior to the Sale Hearing must contact the Trustee, Jeffrey J. Sikirica, at the below address, phone number or email address before the date of the Sale Hearing.

Subject to approval of this Court, the real property shall be sold: (i) As Is/Where Is with no representations and/or warranties whatsoever, either express or implied, other than title and authority to sell/transfer; and (ii) free and clear of all liens, claims, interests, and encumbrances existing as of the date of the closing of the transaction.

Blumling & Gusky, LLP
Dated: September 30, 2016
By: /s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica (PA.I.D. No. 36745)
436 7th Avenue
1200 Koppers Building
Pittsburgh, PA 15219
412-227-2581 (Phone)
412-227-2050 (Fax)
jsikirica@bglaw-llp.com
16-06435 Oct 21, 2016