No_____ Term,_____

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss ____P. Reed____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

21 of October, 2016

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

COPY OF NOTICE OR PUBLICATION

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
IN RE: DAVID WARD BUCKLEY, and, PATRICIA TABORSKI BUCKLEY, Debtor. JEFFREY J. SIKIRICA, TRUSTEE, Movant, vs. PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns, aka, PNC BANK, NATIONAL ASSOCIATION, successor by merger to NATIONAL CITY BANK OF PENNSYLVANIA, PNC BANK, NATIONAL ASSOCIATION, successor by merger to NATIONAL CITY BANK OF PENNSYLVANIA, CITIZENS BANK OF PENNSYLVANIA, and, AMERICAN EXPRESS BANK FSB, Respondents.
Bankruptcy Case No.: 16-21544-CMB
Chapter 7
Docket No.: 51
Hearing Date: November 17, 2016
Hearing Time: 2:30 p.m.
NOTICE OF SALE FREE AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES
To: Respondents and all Creditors and Parties in Interest of the above named Debtors:

_P. Reed_
PG Publishing Company

Sworn to and subscribed before me this day of:
October 21, 2016

_Linda M. Gaertner_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Linda M. Gaertner, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Jan. 31, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

STATEMENT OF ADVERTISING COSTS
BLUMLING & GUSKY LLP
436    7TH AVE.
1200 KOPPERS BLDG
PITTSBURGH    PA    15219

To PG Publishing Company

Total -------------------------------------------- $756.45

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
Clinton, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____
Attorney For

NOTICE IS HEREBY GIVEN THAT Jeffrey J. Sikirica, Chapter 7 Trustee for David Ward Buckley and Patricia Taborski Buckley, has filed a "Motion For Order Approving Sale of Real Property Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and F.R.B.P. Nos. 2002 and 6004 and W.PA.LBR 6004-1 and 9013-3" (the "Motion for Sale"). The real property to be sold is 3971 Catherine Drive, Allison Park, Pennsylvania 15101, identified as tax parcel 0720-J-00103-0000-00.

The Trustee has received an offer from Shanna Franceschelli for the real property described above in the net amount of $200,100.00.

A hearing on the "Motion for Sale" is scheduled for November 17, 2016 at 2:30 pm before Judge Carlota M. B?hm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time higher/better offers will be considered and objections to the sale will be heard (the "Sale Hearing"). The deadline for objections to the "Motion to Sale" is on or before October 17, 2016. Any objections shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties.

Anyone who desires to inspect the real property to be sold prior to the Sale Hearing must contact the Trustee, Jeffrey J. Sikirica at the below address, phone number or email address before the date of the Sale Hearing.

Subject to approval of this Court, the real property shall be sold: (i) AS IS/WHERE IS with no representations and/or warranties whatsoever, either express or implied, other than title and authority to sell/transfer; and (ii) free and clear of all liens, claims, interests, and encumbrances existing as of the date of the closing of the transaction.

BLUMLING & GUSKY, LLP, By: /s/ Jeffrey J. Sikirica, Jeffrey J. Sikirica (Pa I.D. No. 36745), 436 7th Avenue, 1200 Koppers Building, Pittsburgh, PA 15219, (412) 227-2581 (Phone), (412) 227-2050 (Fax), jsikirica@bglaw-llp.com

Dated: September 30, 2016