2:30 P.M.

## PROCEEDING MEMO

**Date:** NOVEMBER 17, 2016

**In re:**  DAVID WARD BUCKLEY and                    Bankruptcy No.  16-21544 CMB
PATRICIA TABORSKI BUCKLEY                            Chapter 7
Doc. # 49

**Appearances:**

Movant(s):      Jeffrey J. Sikirica ✓
Justin Tuohan (PWC) ✓

Respondent(s):

Creditor(s):

**Nature of Proceeding:**    Motion for Order Approving Sale of Real Property

**Additional Pleadings:**    Certificate of Service

**Judge's Notes:**
- came out
- service
- advertized
- no objection
- no higher bids

**Outcome:**

_____ Motion is GRANTED   ___✓___ Order entered

_____ Motion is DENIED   _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:    _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
11/17/16 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge