## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case. No. 16-21544-CMB |
| DAVID WARD BUCKLEY | : | |
| PATRICIA TABORSKI BUCKLEY | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | Doc. No.____ |
| | : | |
| Jeffrey J. Sikirica | : | Related to Doc. No. ____ |
| | : | |
| Applicant | : | |
| | : | |
| vs | : | |
| | : | |
| No Respondents | : | |
| | : | |

## ORDER OF DISTRIBUTION

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Jeffrey J. Sikirica, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Dated:

CARLOTA M. BOHM
United State Bankruptcy Judge

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-21544- CMB
Case Name: DAVID WARD BUCKLEY AND
Trustee Name: Jeffrey J. Sikirica

**Balance on hand:**  $            24,988.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $            24,988.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeffrey J. Sikirica | 13,340.42 | 0.00 | 13,340.42 |
| Trustee, Expenses - Jeffrey J. Sikirica | 486.00 | 0.00 | 486.00 |

Total to be paid for chapter 7 administrative expenses:  $            13,826.42
Remaining balance:  $            11,162.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $            11,162.26

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 11,162.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $68,754.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AB Specialties | 10,025.00 | 0.00 | 1,627.55 |
| 2 | Steinmiller Woodworking | 25,801.92 | 0.00 | 4,188.91 |
| 3 | American Express Bank FSB c/o Becket and Lee LLP | 20,805.49 | 0.00 | 3,377.75 |
| 4 | American Express Bank FSB c/o Becket and Lee LLP | 9,120.87 | 0.00 | 1,480.76 |
| 5 | Synchrony Bank c/o PRA Receivables Management, LLC | 3,001.51 | 0.00 | 487.29 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 11,162.26 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**