**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

In re: BUCKLEY, DAVID WARD § Case No. 16-21544- CMB
BUCKLEY, PATRICIA TABORSKI §
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jeffrey J. Sikirica, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:30 PM on 05/15/2017 in Courtroom B, United States Bankruptcy Court Courthouse, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/29/2017    By: /s/ Jeffrey J. Sikirica
                                                                Trustee

Jeffrey J. Sikirica
436 7th Avenue
1200 Koppers Building
Pittsburgh, PA 15219
(724) 625-2566

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### Pittsburgh DIVISION

In re: BUCKLEY, DAVID WARD § Case No. 16-21544- CMB
BUCKLEY, PATRICIA TABORSKI §
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 201,808.43 |
| *and approved disbursements of:* | $ 176,819.75 |
| *leaving a balance on hand of[1] :* | $ 24,988.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,988.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Jeffrey J. Sikirica | 13,340.42 | 0.00 | 13,340.42 |
| Trustee, Expenses - Jeffrey J. Sikirica | 486.00 | 0.00 | 486.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 13,826.42 |
| Remaining balance: | $ 11,162.26 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:   $      11,162.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $           0.00
Remaining balance:   $      11,162.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $68,754.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AB Specialties | 10,025.00 | 0.00 | 1,627.55 |
| 2 | Steinmiller Woodworking | 25,801.92 | 0.00 | 4,188.91 |
| 3 | American Express Bank FSB c/o Becket and Lee LLP | 20,805.49 | 0.00 | 3,377.75 |
| 4 | American Express Bank FSB c/o Becket and Lee LLP | 9,120.87 | 0.00 | 1,480.76 |
| 5 | Synchrony Bank c/o PRA Receivables Management, LLC | 3,001.51 | 0.00 | 487.29 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 11,162.26 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Jeffrey J. Sikirica
　　　　　　　　　　　　　　　　　Trustee

Jeffrey J. Sikirica
436 7th Avenue
1200 Koppers Building
Pittsburgh, PA 15219
(724) 625-2566

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21544-CMB
David Ward Buckley                                                        Chapter 7
Patricia Taborski Buckley
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 2           Date Rcvd: Mar 30, 2017
                             Form ID: pdf900        Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
db/jdb         #David Ward Buckley,    Patricia Taborski Buckley,    3971 Catherine Drive,
                 Allison Park, PA 15101-3104
aty            +Jeffrey J. Sikirica,    Blumling & Gusky, LLP,    1200 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1848
r              +Coldwell Banker Real Estate,    Donna Fischer,    9600 Perry Highway,    Ste 200,
                 Pittsburgh, PA 15237-5552
14219657       +AB Specialties,    534 Braddock Avenue,    Turtle Creek, PA 15145-2070
14219658        Alpha Data Communications,    451 Melwood Avenue,    Pittsburgh, PA 15213
14267940        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14219659       +American Express Bank FSB,    4315 South 2700 West,    Salt Lake City, UT 84148-0001
14219660       +American Express Blue and Gold,    c/o Jaffe & Asher LLP,    600 Third Avenue,
                 New York, NY 10016-1901
14219661       +Amy F. Doyle, Esquire,    11 East Market Street,    Suite 102,    York, PA 17401-1263
14219662       +Atlas Wholesale Supply,    PO Box 16188,    Pittsburgh, PA 15242-0188
14219663      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
14219665       +BP,   PO Box 15821,    Wilmington, DE 19850-5821
14219664       +Boulevard Glass and Metal Co, Inc.,    2111 Penn Avenue,    Pittsburgh, PA 15222-4419
14219666       +Bridgeville Appliance,    532 Washington Avenue,    Bridgeville, PA 15017-2016
14219668       +Catherine A. Saunders, Esquire,    Metz Lewis Brodman Must O'Keefe LLC,    535 Smithfield Street,
                 8th Floor,   Pittsburgh, PA 15222-2305
14219670       +Citizen's Bank,    PO Box 42004,    Providence, RI 02940-2004
14219671       +Citizens Bank of Pennsylvania,    1735 Market Street,    Philadelphia, PA 19103-7514
14219672       +Davis Contracting,    363 Mill Hill Road,    Ford City, PA 16226-5431
14219673        E Z Welding & Fabricating LLC,    40 Atlas Road,    Uniontown, PA 15401
14295615       +E Z Welding & Fabricating LLC,    PO Box 598,    Hopwood, PA 15445
14219674       +Easley and Rivers,    207 Townsend Drive,    Monroeville, PA 15146-1065
14219675       +FIA Card Services,    FMA Alliance,    12339 Cutten Road,    Houston, TX 77066-1807
14219677        FMS Network, Inc.,    c/o David W. Buckely,    3917 Catherine Drive,    Allison Park, PA 15101
14219676       +Fierst Distributing Company,    746 Trumbull Drive,    Pittsburgh, PA 15205-4393
14219678       +Forbo Flooring Inc.,    8 Maplewood Drive,    Humboldt Industrial Park,    Hazleton, PA 18202-9790
14219679       +Hampton Mechanical,    4720 High Point Drive,    Gibsonia, PA 15044-7400
14219682       +Iron City Express,    1306 Main Street,    Crescent, PA 15046-5407
14219683       +Justin M. Tuskan, Esquire,    Metz Lewis Brodman Must O'Keefe LLC,
                 535 Smithfield Street, Suite 800,    Pittsburgh, PA 15222-2305
14219684       +L.S. Renovations LLC,    PO Box 24,    Houston, PA 15342-0024
14219685       +Michael R. Lessa, Esquire,    107 North Commerce Way,    Bethlehem, PA 18017-8913
14219686       +Nissan Motors Acceptance Corp,    PO Box 923748,    Norcross, GA 30010-3748
14219687       +Ohio Valley Flooring,    3079 Solutions Center,    Chicago, IL 60677-3000
14219688       +PNC Bank - Credit Card,    PO Box 856177,    Louisville, KY 40285-6177
14219689       +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14219690       +PNC Bank, National Association,    One PNC Plaza,    249 Fifth Avenue,
                 Pittsburgh, PA 15222-2707
14219691        PNCBank,    PO Box 856177,    Louisville, KY 40285-6177
14219693       +Sherwin Williams,    1136 Thorn Run Road #F,    Coraopolis, PA 15108-4301
14219694       +Smith Electric Service Inc.,    1464 Old Steubenville Pike,    Pittsburgh, PA 15205-4918
14219695        Sprint Commercial,    RPM PO Box 1548,    Lynnwood, WA 98046
14219696       +Steinmiller Woodworking,    342 East Jefferson Street,    Butler, PA 16001-6094
14219697       +Straits Door Company,    5629 Harrison Street,    Pittsburgh, PA 15201-2334
14219698       +Sukhdev S. Grover, MD Associates,    9102 Babcock Boulevard,    Pittsburgh, PA 15237-5819
14295614       +Sukhdev S. Grover, MD Associates,    2640 Pitcairn Road,    Monroeville, PA 15146-3309
14219699       +Synchrony Bank - Lowes,    Monarch Recovery,    10965 Decatur Road,    Philadelphia, PA 19154-3210
14281481       +University of Pittsburgh,    c/o Oxford Development Company,    Suite 4500, One Oxford Centre,
                 Pittsburgh, PA 15219-1400
14219700        Vital Recovery Services, Inc.,    PO Box 923748,    Norcross, GA 30010-3748
14219701       +Wilmington Trust Company,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14219667       +E-mail/Text: ar@bulldogop.com Mar 31 2017 01:20:45      Bulldog Office Products,
                 500 Glass Road,    Pittsburgh, PA 15205-9407
14219680        E-mail/Text: bankruptcy@huntington.com Mar 31 2017 01:20:21       Huntington National Bank,
                 PO Box 182519,    Columbus, OH 43218-2519
14219681        E-mail/Text: cio.bncmail@irs.gov Mar 31 2017 01:19:54      Internal Revenue Service,
                 Department of the Treasury,    Cincinnati, OH 45999-0300
14226673        E-mail/PDF: rmscedi@recoverycorp.com Mar 31 2017 01:09:52
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14321653       +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 01:09:11       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 6

```
District/off: 0315-2           User: culy               Page 2 of 2              Date Rcvd: Mar 30, 2017
                               Form ID: pdf900          Total Noticed: 53


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC Bank, National Association
14219692        Raymond P. Wendolowoski, Esquire,    707 Grant Street, Suite 2200,    Bernstein Burkley,
                 PA 16219
cr*             American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA   19355-0701
14219669        ##+Citibank - Home Depot,    PO Box 183175,    Columbus, OH 43218-3175
                                                                                       TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica jsikirica@bglaw-llp.com,
               SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
               com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Justin M. Tuskan    on behalf of Creditor    PNC Bank, National Association jtuskan@metzlewis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert W. Koehler    on behalf of Debtor David Ward Buckley rkoehler@pghlaw.com,
               hobkin.koehler@aim.com
              Robert W. Koehler    on behalf of Joint Debtor Patricia Taborski Buckley rkoehler@pghlaw.com,
               hobkin.koehler@aim.com
                                                                                               TOTAL: 10
```