IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| DAVID WARD BUCKLEY | : | Bankruptcy No. 16-21544-CMB | |
| Debtor | : | | |
| | : | Chapter 7 | |
| JEFFREY J. SIKIRICA, TRUSTEE | : | | |
| | : | Related to **Doc. No. 75 & 77** | |
| Movant | : | Document No. _____ | |
| vs. | : | | |
| | : | Hearing Date & Time: | |
| No Respondents | : | 05/15/17 @ 02:30 p.m. | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Notice of Trustee's Final Report and Application for Compensation Dated 3/31/2017**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" filed on March 29, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" appears thereon. Pursuant to the Notice of Hearing, objections to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" were to be filed and served no later than April 24, 2017.

It is hereby respectfully requested that the Order attached to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" be entered by the Court.

Dated:  04/25/17                                    By:  */s/ Jeffrey J. Sikirica*
                                                    Jeffrey J. Sikirica, Esquire
                                                    PA. I.D. No.  36745
                                                    436 Seventh Avenue
                                                    1200 Koppers Building
                                                    Pittsburgh, PA  15219
                                                    T: (412) 227-2500
                                                    F: (412) 227-2050
                                                    jsikirica@bglaw-llp.com

                                                    **COUNSEL FOR TRUSTEE**

**PAWB Local Form 25 (07/13)**