IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| DAVID WARD BUCKLEY | : | Bankruptcy No. 16-21544-CMB | |
| Debtor | : | | |
| | : | Chapter 7 | |
| JEFFREY J. SIKIRICA, TRUSTEE | : | | |
| | : | Related to **Doc. No. 74** | |
| Movant | : | Document No. _____ | |
| vs. | : | | |
| | : | Hearing Date & Time: | |
| No Respondents | : | 05/15/17 @ 02:30 p.m. | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Application for Compensation for Jeffrey J, Sikirica, Trustee Chapter 7**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Application for Compensation for Jeffrey J, Sikirica, Trustee Chapter 7" filed on March 29, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Application for Compensation for Jeffrey J, Sikirica, Trustee Chapter 7" appears thereon. Pursuant to the Notice of Hearing, objections to the "Application for Compensation for Jeffrey J, Sikirica, Trustee Chapter 7" were to be filed and served no later than April 24, 2017.

It is hereby respectfully requested that the Order attached to the "Application for Compensation for Jeffrey J, Sikirica, Trustee Chapter 7" be entered by the Court.

Dated: 04/25/17        By: */s/ Jeffrey J. Sikirica*
                                Jeffrey J. Sikirica, Esquire
                                PA. I.D. No. 36745
                                436 Seventh Avenue
                                1200 Koppers Building
                                Pittsburgh, PA 15219
                                T: (412) 227-2500
                                F: (412) 227-2050
                                jsikirica@bglaw-llp.com

                                **COUNSEL FOR TRUSTEE**