IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| DAVID WARD BUCKLEY | : | Bankruptcy No. 16-21544-CMB |
| PATRICIA TABORSKI BUCKLEY | : | |
| Debtors | : | Chapter 7 |
| JEFFREY J. SIKIRICA, TRUSTEE | : | |
| | : | Related to **Doc. No. 75, 77, 79 &81** |
| Movant | : | Document No. _____ |
| vs. | : | |
| | : | Hearing Date & Time: |
| No Respondents | : | 05/15/17 @ 02:30 p.m. |

**AMENDED CERTIFICATION OF NO OBJECTION REGARDING**
**Notice of Trustee's Final Report and Application for Compensation Dated 3/31/2017**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" filed on March 29, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" appears thereon. Pursuant to the Notice of Hearing, objections to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" were to be filed and served no later than April 24, 2017.

It is hereby respectfully requested that the Order attached to the "Notice of Trustee's Final Report and Application for Compensation Dated 3/29/2017" be entered by the Court.

Dated: 04/25/17

By: */s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Esquire
PA. I.D. No. 36745
436 Seventh Avenue
1200 Koppers Building
Pittsburgh, PA  15219
T: (412) 227-2500
F: (412) 227-2050
jsikirica@bglaw-llp.com

**COUNSEL FOR TRUSTEE**

**PAWB Local Form 25 (07/13)**