**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

In re:  BUCKLEY, DAVID WARD   § Case No. 16-21544- CMB
        BUCKLEY, PATRICIA TABORSKI  §
                                    §
                                    §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey J. Sikirica, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $99,511.14 | Assets Exempt: | $93,484.62 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $170,371.84 | Claims Discharged Without Payment: | $461,211.73 |
| Total Expenses of Administration: | $31,436.59 | | |

3) Total gross receipts of $201,808.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $201,808.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $286,699.18 | $159,209.58 | $159,209.58 | $159,209.58 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $31,436.59 | $31,436.59 | $31,436.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,698.88 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $445,573.69 | $68,754.79 | $68,754.79 | $11,162.26 |
| **TOTAL DISBURSEMENTS** | $736,971.75 | $259,400.96 | $259,400.96 | $201,808.43 |

4) This case was originally filed under chapter 7 on 04/26/2016.  The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    06/14/2017                         By: /s/ Jeffrey J. Sikirica
                                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Proration of City/Township Taxes | 1224-000 | $18.06 |
| Proration of School Taxes | 1224-000 | $1,659.57 |
| 3971 Catherine Drive, Allison Park, PA 15101-3104, Allegheny County Single-family home, Location: 3971 Catherine Drive, | 1110-000 | $200,100.00 |
| Proration of County Taxes | 1224-000 | $30.80 |
| **TOTAL GROSS RECEIPTS** | | **$201,808.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Assured Settlement Solutions, LLC | 4110-000 | NA | $3,379.27 | $3,379.27 | $3,379.27 |
| | Assured Settlement Solutions, LLC | 4110-000 | NA | $111,538.75 | $111,538.75 | $111,538.75 |
| | Assured Settlement Solutions, LLC | 4110-000 | NA | $43,912.36 | $43,912.36 | $43,912.36 |
| | PNC Bank, National Associates | 4110-000 | NA | $379.20 | $379.20 | $379.20 |
| N/F | Huntington National Bank | 4110-000 | $5,100.00 | NA | NA | NA |
| N/F | PNC Bank National Association | 4110-000 | $31,724.18 | NA | NA | NA |
| N/F | PNC Bank, National Association | 4110-000 | $249,875.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$286,699.18** | **$159,209.58** | **$159,209.58** | **$159,209.58** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeffrey J. Sikirica | 2100-000 | NA | $13,340.42 | $13,340.42 | $13,340.42 |
| Trustee, Expenses - Jeffrey J. Sikirica | 2200-000 | NA | $486.00 | $486.00 | $486.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $176.00 | $176.00 | $176.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Assured Settlement Solutions, LLC | 2500-000 | NA | $1,713.30 | $1,713.30 | $1,713.30 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Hampton Township | 2500-000 | NA | $65.00 | $65.00 | $65.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Terry' Plumbing | 2500-000 | NA | $359.80 | $359.80 | $359.80 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $31.32 | $31.32 | $31.32 |
| Other State or Local Taxes (post-petition) - Assured Settlement Solutions, LLC | 2820-000 | NA | $2,563.75 | $2,563.75 | $2,563.75 |
| Realtor for Trustee Fees (Real Estate Commissions) - Assured Settlement Solutions, LLC | 3510-000 | NA | $12,306.00 | $12,306.00 | $12,306.00 |
| Realtor for Trustee Expenses - Assured Settlement Solutions, LLC | 3520-000 | NA | $395.00 | $395.00 | $395.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$31,436.59** | **$31,436.59** | **$31,436.59** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Internal Revenue Service | 5600-000 | $4,698.88 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$4,698.88** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AB Specialties | 7100-000 | $10,025.00 | $10,025.00 | $10,025.00 | $1,627.55 |
| 2 | Steinmiller Woodworking | 7100-000 | $8,122.00 | $25,801.92 | $25,801.92 | $4,188.91 |
| 3 | American Express Bank FSB c/o Becket and Lee LLP | 7100-000 | $20,805.49 | $20,805.49 | $20,805.49 | $3,377.75 |
| 4 | American Express Bank FSB c/o Becket and Lee LLP | 7100-000 | NA | $9,120.87 | $9,120.87 | $1,480.76 |
| 5 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $3,002.00 | $3,001.51 | $3,001.51 | $487.29 |
| N/F | Alpha Data Communications | 7100-000 | $5,712.00 | NA | NA | NA |
| N/F | American Express Blue and Gold | 7100-000 | $29,926.00 | NA | NA | NA |
| N/F | Atlas Wholesale Supply | 7100-000 | $2,768.00 | NA | NA | NA |
| N/F | BP | 7100-000 | $9,817.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $805.00 | NA | NA | NA |
| N/F | Boulevard Glass and Metal Co, Inc. | 7100-000 | $2,603.00 | NA | NA | NA |
| N/F | Bridgeville Appliance | 7100-000 | $1,371.00 | NA | NA | NA |
| N/F | Bulldog Office Products | 7100-000 | $702.00 | NA | NA | NA |
| N/F | Citibank - Home Depot | 7100-000 | $14,528.00 | NA | NA | NA |
| N/F | Citizens Bank of Pennsylvania | 7100-000 | $104,580.82 | NA | NA | NA |
| N/F | Davis Contracting | 7100-000 | $201.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | E Z Welding & Fabricating LLC | 7100-000 | $4,452.00 | NA | NA | NA |
| N/F | Easley and Rivers | 7100-000 | $15,450.00 | NA | NA | NA |
| N/F | FIA Card Services | 7100-000 | $805.00 | NA | NA | NA |
| N/F | Fierst Distributing Company | 7100-000 | $53.00 | NA | NA | NA |
| N/F | Forbo Flooring Inc. | 7100-000 | $1,323.00 | NA | NA | NA |
| N/F | Hampton Mechanical | 7100-000 | $56,838.00 | NA | NA | NA |
| N/F | Iron City Express | 7100-000 | $895.00 | NA | NA | NA |
| N/F | L.S. Renovations LLC | 7100-000 | $90,105.00 | NA | NA | NA |
| N/F | Nissan Motors Acceptance Corp | 7100-000 | $434.50 | NA | NA | NA |
| N/F | Ohio Valley Flooring | 7100-000 | $1,252.00 | NA | NA | NA |
| N/F | PNC Bank - Credit Card | 7100-000 | $7,233.00 | NA | NA | NA |
| N/F | PNCBank | 7100-000 | $3,396.50 | NA | NA | NA |
| N/F | Sherwin Williams | 7100-000 | $1,619.00 | NA | NA | NA |
| N/F | Smith Electric Service Inc. | 7100-000 | $8,148.00 | NA | NA | NA |
| N/F | Sprint Commercial | 7100-000 | $661.00 | NA | NA | NA |
| N/F | Straits Door Company | 7100-000 | $7,561.00 | NA | NA | NA |
| N/F | Sukhdev S. Grover, MD Associates | 7100-000 | $29,456.00 | NA | NA | NA |
| N/F | University of Pittsburgh | 7100-000 | $923.38 | NA | NA | NA |
| N/F | Wilmington Trust Company | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$445,573.69** | **$68,754.79** | **$68,754.79** | **$11,162.26** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | |
|---|---|
| Case No.: | 16-21544- CMB |
| Case Name: | BUCKLEY, DAVID WARD |
| | BUCKLEY, PATRICIA TABORSKI |
| For Period Ending: | 06/14/2017 |

| | |
|---|---|
| Trustee Name: | (580670) Jeffrey J. Sikirica |
| Date Filed (f) or Converted (c): | 04/26/2016 (f) |
| § 341(a) Meeting Date: | 07/05/2016 |
| Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3971 Catherine Drive, Allison Park, PA 15101-3104, Allegheny County Single-family home, Location: 3971 Catherine Drive, Allison Park PA 15101-3104. Entire property value: $210,000.00<br>Estimated net value based on agreed carve out from secured lender. | 210,000.00 | 25,000.00 | | 200,100.00 | FA |
| 2 | 1991 Jaguar XJS, not running Location: 3971 Catherine Drive, Allison Park PA 15101-3104. Entire property value: $2,000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 Subaru Impreza, Location: 3971 Catherine Drive, Allison Park PA 15101-3104. Entire property value: $8,135.00 | 8,135.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods - Location: 3971 Catherine Drive, Allison Park PA 15101-3104 | 9,460.00 | 0.00 | | 0.00 | FA |
| 5 | televisions, personal computer Location: 3971 Catherine Drive, Allison Park PA 15101-3104 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | golf clubs Location: 3971 Catherine Drive, Allison Park PA 15101-3104 | 175.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing - Location: 3971 Catherine Drive, Allison Park PA 15101-3104 | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelery - Location: 3971 Catherine Drive, Allison Park PA 15101-3104<br>Based on appraisal by Goldstock Diamonds & Fine Jewelry, Pittsburgh, PA - verified by Trustee | 20,400.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 100.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 16-21544- CMB
Case Name: BUCKLEY, DAVID WARD
BUCKLEY, PATRICIA TABORSKI

For Period Ending: 06/14/2017

Trustee Name: (580670) Jeffrey J. Sikirica
Date Filed (f) or Converted (c): 04/26/2016 (f)
§ 341(a) Meeting Date: 07/05/2016
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Checking: First Niagra Bank | 260.00 | 0.00 | | 0.00 | FA |
| 11 | IRA: IRA accounts managed by Brookhaven Financial Services | 48,006.29 | 0.00 | | 0.00 | FA |
| 12 | Northwestern Mutual - three policies: two term policies on Debtors and a whole life policy on Debtors' son which has a cash surrender value: Debtors | 1,871.33 | 0.00 | | 0.00 | FA |
| 13 | printer-copier/fax machine Location: 3971 Catherine Drive, Allison Park PA 15101-3104 | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Proceeds from Sheriffs Sale of property at 102 Rivermont Court, Cheswick, PA at case number MG-15-1263 in the Court of Common Pleas of Allegheny County, Pennsylvania (u)<br>Petition value added by amendment. Actual money received by Debtor was less than exemptions. | 8,553.52 | 0.00 | | 0.00 | FA |
| 15 | Proration of City/Township Taxes (u) | 0.00 | 18.06 | | 18.06 | FA |
| 16 | Proration of County Taxes (u) | 0.00 | 30.80 | | 30.80 | FA |
| 17 | Proration of School Taxes (u) | 0.00 | 1,659.57 | | 1,659.57 | FA |
| 17 | **Assets     Totals**     (Excluding unknown values) | **$309,511.14** | **$26,708.43** | | **$201,808.43** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| **Case No.:** 16-21544- CMB | **Trustee Name:** (580670) Jeffrey J. Sikirica |
| **Case Name:** BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI | **Date Filed (f) or Converted (c):** 04/26/2016 (f)<br>**§ 341(a) Meeting Date:** 07/05/2016 |
| **For Period Ending:** 06/14/2017 | **Claims Bar Date:** |

**Major Activities Affecting Case Closing:**

    1) Need carve-out agreement signed
    2) Need real estate broker employed
    3) Need accountant employed (Eric Bononi says no)
    4) Verify homeowner's insurance
    5) Sale real estate
    6) Claim bar date is 11/20/16

**Initial Projected Date Of Final Report (TFR):** 02/27/2017      **Current Projected Date Of Final Report (TFR):** 02/06/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21544- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6613 | Account #: | ******1800 Checking |
| For Period Ending: | 06/14/2017 | Blanket Bond (per case limit): | $15,284,068.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2016 | {1} | Shanna C Franceschelli | Deposit on Catherine Dr. Purchase (non refundable per sales agreement with buyer) | 1110-000 | 1,000.00 | | 1,000.00 |
| 10/04/2016 | 101 | Clerk, U.S. Bankruptcy Court | Sale Motion Filing Fee | 2700-000 | | 176.00 | 824.00 |
| 10/05/2016 | 102 | Terry' Plumbing | Plumber fee for required dye test on property | 2500-000 | | 359.80 | 464.20 |
| 10/05/2016 | 103 | Hampton Township | Dye Test Certification | 2500-000 | | 40.00 | 424.20 |
| 10/05/2016 | 104 | Hampton Township | Zoning Certification Voided on 10/05/2016 | 2500-000 | | 0.00 | 424.20 |
| 10/05/2016 | 104 | Hampton Township | Zoning Certification Voided: check issued on 10/05/2016 | 2500-000 | | 0.00 | 424.20 |
| 10/05/2016 | 105 | Hampton Township | Zoning Certification | 2500-000 | | 25.00 | 399.20 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 389.20 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 379.20 |
| 12/16/2016 | | Assured Settlement Solutions, LLC | Net sale proceeds of Catherine Drive per Order entered 11/17/16 docket #65. | | 25,000.00 | | 25,379.20 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21544- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6613 | Account #: | ******1800 Checking |
| For Period Ending: | 06/14/2017 | Blanket Bond (per case limit): | $15,284,068.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {1} | Shanna C Franceschelli | Gross Proceeds of Sale of Catherine Drive.  $205,100.00 | 1110-000 | | | 25,379.20 |
| | {15} | Assured Settlement | Proration of City/Town Taxes  $18.06 | 1224-000 | | | 25,379.20 |
| | {16} | Assured Settlement | Prorated County taxes  $30.80 | 1224-000 | | | 25,379.20 |
| | {17} | Assured Settlement | Prorated School Taxes  $1,659.57 | 1224-000 | | | 25,379.20 |
| | {1} | | Court Approved Seller Assist  -$5,000.00 | 1110-000 | | | 25,379.20 |
| | {1} | | Pre-paid Deposit  -$1,000.00 | 1110-000 | | | 25,379.20 |
| | | | Title Notary Fee  -$25.00 | 2500-000 | | | 25,379.20 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21544- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6613 | Account #: | ******1800 Checking |
| For Period Ending: | 06/14/2017 | Blanket Bond (per case limit): | $15,284,068.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Title Courier/Wire Fee<br>-$50.00 | 2500-000 | | | 25,379.20 |
| | | | Title - Reimbursement of Lien Letters<br>-$170.00 | 2500-000 | | | 25,379.20 |
| | | | Realtor Fees<br>-$12,306.00 | 3510-000 | | | 25,379.20 |
| | | | Real Estate Transfer Taxes<br>-$2,563.75 | 2820-000 | | | 25,379.20 |
| | | | Payoff of 1st Mortgage<br>-$43,912.36 | 4110-000 | | | 25,379.20 |
| | | | Payoff of 2nd mortgage<br>-$3,379.27 | 4110-000 | | | 25,379.20 |
| | | | Water/Sewer Bill<br>-$225.00 | 2500-000 | | | 25,379.20 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21544- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6613 | Account #: | ******1800 Checking |
| For Period Ending: | 06/14/2017 | Blanket Bond (per case limit): | $15,284,068.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Realtor Expenses<br>-$395.00 | 3520-000 | | | 25,379.20 |
| | | | Short payoff of PNC Commercial Lien<br>-$111,538.75 | 4110-000 | | | 25,379.20 |
| | | | Pittsburgh Post-Gazette sale advertizing<br>-$756.45 | 2500-000 | | | 25,379.20 |
| | | | Pittsburgh Legal Journal Sale Advertizing<br>-$486.85 | 2500-000 | | | 25,379.20 |
| 12/26/2016 | 106 | PNC Bank, National Associates | Balance of Sale Funds Held by Chapter 7 Trustee from initial deposit | 4110-000 | | 379.20 | 25,000.00 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.32 | 24,988.68 |
| 04/27/2017 | 107 | Jeffrey J. Sikirica | Distribution payment - Dividend paid at 100.00% of $13,340.42; Claim # FEE; Filed: $13,340.42 | 2100-000 | | 13,340.42 | 11,648.26 |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21544- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6613 | Account #: | ******1800 Checking |
| For Period Ending: | 06/14/2017 | Blanket Bond (per case limit): | $15,284,068.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/27/2017 | 108 | Jeffrey J. Sikirica | Distribution payment - Dividend paid at 100.00% of $486.00; Claim # TE; Filed: $486.00 | 2200-000 | | 486.00 | 11,162.26 |
| 04/27/2017 | 109 | AB Specialties | Distribution payment - Dividend paid at 16.23% of $10,025.00; Claim # 1; Filed: $10,025.00 | 7100-000 | | 1,627.55 | 9,534.71 |
| 04/27/2017 | 110 | Steinmiller Woodworking | Distribution payment - Dividend paid at 16.23% of $25,801.92; Claim # 2; Filed: $25,801.92 | 7100-000 | | 4,188.91 | 5,345.80 |
| 04/27/2017 | 111 | American Express Bank FSB c/o Becket and Lee LLP | Distribution payment - Dividend paid at 16.23% of $20,805.49; Claim # 3; Filed: $20,805.49 | 7100-000 | | 3,377.75 | 1,968.05 |
| 04/27/2017 | 112 | American Express Bank FSB c/o Becket and Lee LLP | Distribution payment - Dividend paid at 16.23% of $9,120.87; Claim # 4; Filed: $9,120.87 | 7100-000 | | 1,480.76 | 487.29 |
| 04/27/2017 | 113 | Synchrony Bank<br>c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 16.23% of $3,001.51; Claim # 5; Filed: $3,001.51 | 7100-000 | | 487.29 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-21544- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6613 | Account #: | ******1800 Checking |
| For Period Ending: | 06/14/2017 | Blanket Bond (per case limit): | $15,284,068.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 26,000.00 | 26,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,000.00 | 26,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $26,000.00 | $26,000.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

## Form 2

Exhibit 9
Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-21544- CMB |
| **Case Name:** | BUCKLEY, DAVID WARD<br>BUCKLEY, PATRICIA TABORSKI |
| **Taxpayer ID #:** | **-***6613 |
| **For Period Ending:** | 06/14/2017 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey J. Sikirica (580670) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1800 Checking |
| **Blanket Bond (per case limit):** | $15,284,068.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1800 Checking | $26,000.00 | $26,000.00 | $0.00 |
| | $26,000.00 | $26,000.00 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)